In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00002-CV**

_____

**IN RE LAURA PEDIGO**

**Original Proceeding**
**410th District Court of Montgomery County, Texas**
**Trial Cause No. 02-05-02952**

**MEMORANDUM OPINION**

On January 4, 2017, relator Laura Pedigo filed a petition for writ of mandamus directed to the Honorable K. Michael Mayes, Judge of the 410th District Court of Montgomery County, Texas. Because Judge Mayes had vacated the bench, we abated the proceeding for thirty days to provide Pedigo with an opportunity to present the matter to the successor judge for a ruling. *See* Tex. R. App. P. 7.2(b). Relator neither amended her petition to present a complaint regarding the successor judge, nor requested additional time to comply. Accordingly, we dismiss the mandamus proceeding without reference to the merits.

1

PETITION DISMISSED.

PER CURIAM

Submitted on February 22, 2017
Opinion Delivered February 23, 2017

Before McKeithen, C.J., Kreger and Johnson, JJ.